Case 2:21-cr-00473-PA   Document 1   Filed 09/16/2...   ge ID #:1

FILED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>XUNBIN CHEN<br>   aka "Xunbing Chen",<br>   aka "Peter",<br><br>Defendant | Case No. 2:21mj4307-DUTY |

LODGED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 9, 2019 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | Possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Henry Blackwell, Special Agent
*Complainant's signature*

Henry Blackwell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 9/16/21

*Judge's signature*

City and state: Los Angeles, California

Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ian V. Yanniello (x3667)

**AFFIDAVIT**

I, Henry Blackwell, being duly sworn, declare and state as follows:

I. **PURPOSE OF AFFIDAVIT**

1.  This affidavit is made in support of a criminal complaint and arrest warrant against Xunbin CHEN also known as ("aka") Xunbing CHEN, aka "Peter" ("CHEN") for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): possession with intent to distribute methamphetamine on or about December 9, 2019.

2.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel, witnesses, and databases.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

II. **BACKGROUND FOR SPECIAL AGENT HENRY BLACKWELL**

3.  I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since April 2017.  I am currently assigned to the HSI Office in El Segundo, California, where I am part of the International Mail Facility Border Enforcement Security Taskforce (the "Taskforce").  The Taskforce is responsible for

1

investigating trafficking violations involving mail parcels, including those sent internationally.  I also act as a duty agent at the Los Angeles International Airport ("LAX") and investigate criminal activity at LAX.  Before my current employment with HSI, I served as a CBP Officer ("CBPO") for the U.S. Customs and Border Protection ("CBP") from November 2014 until April 2017. Before becoming a CBPO, I worked for U.S. Border Patrol ("BP") from August 2013 to November 2014.  I graduated from the Criminal Investigator Training Program, at the Federal Law Enforcement Training Center in December of 2017. I also completed the CBPO Academy in April 2015, as well as the BP Academy in February 2014; both are located at the Federal Law Enforcement Training Center.  Through my training, I have learned of HSI's criminal investigative authority, as well as investigative techniques.  HSI is responsible for enforcing federal criminal statutes prohibiting, among other things, the distribution of and possession with intent to distribute drugs, in violation of Title 21 of the United States Code.  During my employment with HSI, I have investigated the smuggling of drugs throughout the United States.  I have executed search warrants to seize evidence of violations of federal and state law, as well as executed arrest warrants to apprehend individuals who have committed such violations.  I am familiar with how drug traffickers, exporters, and smugglers use digital devices and the U.S. mail system to facilitate and conceal their crimes.

### III. SUMMARY OF PROBABLE CAUSE

4. HSI and other federal agencies are investigating one or more international drug trafficking organizations ("DTOs") operating in the Central District of California, and elsewhere. Over the course of the investigation, various suspects have shipped parcels containing methamphetamine, ketamine, and other drugs to destinations inside and outside the United States.

5. From April 17, 2019, to August 4, 2021, federal and international law enforcement agencies have intercepted at least 18 parcels containing large quantities of methamphetamine that have been linked to drug trafficking activities involving CHEN and other co-conspirators. Based on the evidence collected during these investigations, including GPS tracking data related to CHEN's vehicles, CHEN's fingerprints found on multiple drug parcels, and surveillance video depicting CHEN personally shipping multiple drug parcels, CHEN has transported and/or shipped at least 13 drug parcels that contained approximately 25 kilograms of methamphetamine.

6. As described below, on or about December 9, 2019, CHEN shipped approximately 962.59 grams of methamphetamine concealed inside a DHL parcel bearing tracking number 1752020922, destined for Australia (defined below as the "12/09/2019 METH PARCEL"). I identified CHEN as the person who shipped the parcel, and a forensic laboratory identified a fingerprint belonging to CHEN on the adhesive tape used to seal the package.

## IV. STATEMENT OF PROBABLE CAUSE

7. Based on my training and experience, my personal involvement in this investigation, conversations with other law enforcement officers, and a review of reports and other documents prepared by law enforcement officers, I know the following facts:

### A. INVESTIGATION OF THE 04/17/2019 METH PARCEL AND IDENTIFICATION OF CHEN

8. On or about April 23, 2019, New Zealand Customs Service ("NZCS") intercepted a United States Postal Service ("USPS") parcel bearing tracking number EZ010682887US, containing approximately 2.03 kilograms of methamphetamine concealed inside a security camera system (the "04/17/2019 METH PARCEL"). Based on USPS records, the 04/17/2019 METH PARCEL was mailed out from the U.S. Post Office located in Alhambra, California on or about April 17, 2019.

9. HSI obtained customer data from USPS, which identified two Internet Protocol (IP) addresses that had been used to track the shipping progress of the 04/17/2019 METH PARCEL: (1) 2607:fb90:6db:48ad:d189:f794:116d:e37c and (2) 99.9.37.46. Records provided by T-Mobile pursuant to a subpoena, showed that telephone number 626-342-5837 (the "x5837 Phone") was assigned to the target IP address 2607:fb90:6db:48ad:d189:f794:116d:e37c during the time it was captured tracking the 04/17/2019 METH PARCEL.

10. Based on the T-Mobile records that I received, there was no subscriber name or address linked to the x5837 Phone.

However, a query of law enforcement databases showed that the x5837 Phone was historically associated with CHEN at 200 East Garvey Ave, Suite 103, in Monterey Park, CA 91755. Notably, that is the same address that is listed on CHEN's California Driver's License ("CADL"). I conducted an internet search for the address, and learned that it is not a residential address, but rather a store containing mailboxes for rent.

### B. CHEN HAS REPEATEDLY SHIPPED PARCELS CONTAINING METHAMPHETAMINE

11. On December 10, 2019, CBP intercepted approximately 962.59 grams of methamphetamine concealed inside a DHL parcel bearing tracking number 1752020922, destined for Australia (the "12/09/2019 METH PARCEL").[1] Based on my investigation, I know that the 12/09/2019 METH PARCEL was mailed from "Mailboxes & More" located at 14135 Francisquito Ave, Suite #101, in Baldwin Park, CA 91706 on December 9, 2019.

12. The following shipping information was associated with the 12/09/2019 METH PARCEL: Shipper: Xinchun LI at 833 S. Sierra Vista Ave., Alhambra, CA 91801; Phone: 626-343-5837[2]; Consignee: Trung Hieu Nguyen at 383 Kent Street, Sydney, New South Wales, Australia 2000; Consignee's Phone: 610449966381, with a stated commodity description of "Christmas Gift Clothing."

---

[1] Unless otherwise noted, law enforcement searched the parcels referenced in this warrant pursuant to the border search exception.

[2] The shippers phone number for the 12/09/2019 METH PARCEL was just one number off from the x5837 Phone, which T-Mobile identified belonged to the IP address which tracked the 04/17/2019 METH PARCEL.

5

13. An examination of 12/09/2019 METH PARCEL revealed children's clothing, children's slippers, and two plastic tubs. Further examination of the plastic tubs revealed a plastic bag of suspected methamphetamine that was wrapped in tin foil hidden inside each of the plastic tubs.

14. On May 4, 2021, the substance contained in 12/09/2019 METH PARCEL was tested by U.S. Customs and Border Protection Laboratories and Scientific Services Directorate, and returned with approximately 962.59 grams of white crystals containing methamphetamine.

15. I reviewed Mailboxes and More's surveillance video from the date the parcel was shipped (December 09, 2019), which showed an Asian male suspect mailing the 12/09/2019 METH PARCEL. I then compared the man depicted in the surveillance images to CHEN's California DMV photograph[3] (CADL# F8188797). Based on that comparison, I positively identified CHEN as the person who mailed the 12/09/2019 METH PARCEL.

16. HSI submitted the packaging material used to conceal the methamphetamine found in the 12/09/2019 METH PARCEL to the HSI Forensic Laboratory for a latent print examination. Based on that examination, the HSI Forensic Laboratory recovered a latent fingerprint belonging to CHEN on the adhesive tape used to seal the 12/09/2019 METH PARCEL.

17. I have also identified CHEN as the person shipping various other drug parcels. Specifically, I reviewed

---

[3] I have also reviewed multiple additional photographs of CHEN and personally seen CHEN during physical surveillance.

surveillance video and/or images that depict the individual who shipped the following drug parcels and, as noted below, I identified CHEN as the person shipping the drug parcels:

      a.   DHL parcel bearing tracking number 4093409950 that was shipped on December 10, 2019 and contained approximately 988.02 grams of methamphetamine, destined for Australia (the "12/10/2019 METH PARCEL");

      b.   United Parcel Service ("UPS") parcel bearing tracking number 1Z7V25W50412833814 that was shipped on January 13, 2021 and contained approximately 1.45 kilograms of methamphetamine, based on presumptive field testing, destined for New Zealand (the "01/13/2021 METH PARCEL ONE");

      c.   UPS parcel bearing tracking number 1Z7V25W56646167427 that was also shipped on January 13, 2021 and contained approximately 1.42 kilograms of methamphetamine, based on presumptive field testing, destined for New Zealand (the "01/13/2021 METH PARCEL TWO");

      d.   UPS parcel bearing tracking number 1ZFV80180495212269 that was shipped on March 29, 2021 and contained approximately 1025.6 grams of methamphetamine, destined for New Zealand (the "03/29/2021 METH PARCEL");

      e.   UPS parcel bearing tracking number 1ZR9W0746639805002 that was shipped on March 30, 2021 and contained approximately 1.85 kilograms of methamphetamine, based

on presumptive field testing, destined for New Zealand (the "03/30/2021 METH PARCEL ONE")[4];

  f. DHL parcel bearing tracking number 4094376716 that was shipped on March 30, 2021 and contained approximately 1093.89 grams of methamphetamine, destined for New Zealand (the "03/30/2021 METH PARCEL TWO");

  g. UPS parcel bearing tracking number 1ZFV80180463482171 that was shipped on April 8, 2021 and contained approximately 9.2 kilograms of methamphetamine, based on presumptive field testing, destined for South Korea (the "04/08/2021 METH PARCEL ONE")[5];

  h. UPS parcel bearing tracking number 1ZFV80186963476217 that was shipped on April 8, 2021 and contained approximately 400 grams of methamphetamine, based on presumptive field testing, destined for London (the "04/08/2021 METH PARCEL TWO");

  i. DHL parcel bearing tracking number 4243207021 that was shipped on July 29, 2021 and contained approximately 3.55[6] kilograms of methamphetamine, based on presumptive field testing, destined for Australia (the "07/29/2021 METH PARCEL"); and

---

[4] An examination of the surveillance video shows that CHEN and a co-conspirator both interacted with the clerk while mailing out the 03/30/2021 METH PARCEL ONE.

[5] An examination of the surveillance video shows that CHEN and a co-conspirator interacted with the clerk while mailing out 04/08/2021 METH PARCELS ONE and TWO.

[6] The weight of the methamphetamine from this seizure was taken while still concealed inside the thin metal cylinders.

j. DHL parcel bearing tracking number 1636931450 that was shipped on August 13, 2021 and contained approximately 1.55 kilograms of methamphetamine, based on presumptive field testing, destined for Australia (the "08/13/2021 METH PARCEL").

18. As with 12/09/2019 METH PARCEL, based on my review of surveillance video and/or images depicting the individual that shipped the above detailed parcels containing methamphetamine, I identified CHEN as the individual who mailed the parcels. As discussed below, other evidence links CHEN to various drug shipments.

**C. CHEN'S FINGERPRINT WERE RECOVERED ON MULTIPLE PARCELS CONTAINING METHAMPHETAMINE**

19. As with 12/09/2019 METH PARCEL, HSI submitted the items used to conceal methamphetamine discovered inside the below-mentioned parcels to a forensics lab for a latent fingerprint examination. Based on that examination, the forensic laboratory identified CHEN's fingerprints on the following parcels that contained large quantities of methamphetamine:

a. The laboratory identified four latent fingerprints belonging to CHEN that were recovered from shipping documents associated with the 12/10/2019 METH PARCEL;

b. The laboratory identified two latent fingerprints belonging to CHEN that were recovered from gift boxes concealing the methamphetamine found inside USPS parcel bearing tracking number CH085602437US. That parcel was shipped on December 11, 2019 and contained approximately 1.05 kilograms of

9

methamphetamine, based on presumptive field testing, destined for Australia (the "12/11/2019 METH PARCEL").

    c.    The laboratory identified five latent fingerprints belonging to CHEN that were recovered from USPS parcel bearing tracking number CH122669449US. That parcel was shipped on January 12, 2021 and contained approximately 2.2 kilograms of methamphetamine, based on presumptive field testing, destined for New Zealand (the "01/12/2021 METH PARCEL"). The laboratory identified four latent fingerprints belonging to CHEN that were recovered from the adhesive side of the tape used to seal the 01/12/2021 METH PARCEL, and one latent fingerprint belonging to CHEN was recovered from a Home Decorators box which was an item used to conceal the methamphetamine[7];

    d.    The laboratory identified three latent fingerprints belonging to CHEN that were recovered from FedEx parcel bearing tracking number 772707572895. That parcel was shipped on or about January 22, 2021 and contained approximately 1.7 kilograms of methamphetamine, based on presumptive field testing, destined for New Zealand (the "01/22/2021 METH PARCEL"). Two latent fingerprints belonging to CHEN were recovered from the cardboard from a picture frame used to conceal some of the methamphetamine found in the 01/22/2021 METH PARCEL, and one latent fingerprint belonging to CHEN was recovered from the adhesive side of tape found inside the parcel;

---

[7] The HSI forensics laboratory also recovered one latent fingerprint belonging to a suspected co-conspirator from the Home Decorators box.

e. The laboratory identified numerous latent fingerprints belonging to CHEN that were recovered from UPS parcel bearing tracking number 1ZFV80180463482171 described above as the 04/08/2021 METH PARCEL ONE. Three latent fingerprints belonging to CHEN were found on the adhesive side of the tape used to seal the 04/08/2021 METH PARCEL; one latent fingerprint belonging to CHEN was found on a shipping document related to the parcel; six latent fingerprints belonging to CHEN were found on the exterior of white boxes used to conceal the methamphetamine, and six latent fingerprints belonging to CHEN were found on the adhesive tape used to seal the white boxes[8].

f. The laboratory identified numerous latent fingerprints belonging to CHEN that were recovered from UPS parcel bearing tracking number 1ZFV80180495212269 described above as the 03/29/2021 METH PARCEL. Five latent fingerprints belonging to CHEN were found on the adhesive side of the tape used to seal the 03/29/2021 METH PARCEL. Four latent fingerprints belonging to CHEN were found on white boxes used to conceal the methamphetamine inside the parcel, and three latent fingerprints belonging to CHEN were found on the adhesive tape used to seal the white boxes[9].

---

[8] The HSI forensics laboratory also recovered three latent fingerprints belonging to a co-conspirator on the exterior of the white boxes and eight latent fingerprints belonging to the same co-conspirator found on the adhesive tape used to seal the white boxes.

[9] The HSI forensics laboratory also recovered three latent fingerprints belonging to a co-conspirator found on the white boxes used concealed the methamphetamine found in the 03/29/2021 METH PARCEL.

11

D. **September 15, 2021 Search Warrants**

20. On September 14, 2021, the Honorable Charles Eick, United States Magistrate Judge, authorized search warrants for several locations associated with CHEN, including CHEN's current residence ("SUBJECT PREMISES 3"). See Case Nos. 21-MJ-4243, 21-MJ-4244, 21-MJ-4245, 21-MJ-4246. On September 15, 2021, agents executed the federal warrants and, based on discussions with agents who located contraband inside the search locations, I understand that following was found inside SUBJECT PREMISES 3: large quantities of methamphetamine and MDMA, based on presumptive field testing; items used to conceal methamphetamine similar to -- and in at least one case, identical to -- items CHEN used to conceal methamphetamine in drug parcels he previously shipped; a firearm with an obliterated serial number next to a loaded magazine; digital scales; vacuum-seal freezer bags and other items used to package and conceal narcotics; and various items that establish CHEN resided at SUBJECT PREMISES 3. Evidence is still being processed from other search locations, but I understand that suspected illegal drugs were found in at least one other location linked to CHEN.

21. When agents executed the search warrants, CHEN's girlfriend and infant child were present at SUBJECT PREMISES 3; CHEN was not present. I subsequently reviewed a flight itinerary and other material and learned that CHEN had a flight to Houston scheduled at approximately 7 a.m. Based on

subsequent investigation, CHEN did not board the flight and is believed to still be in the Central District of California.

22. Based on information provided to me by the Los Angeles County Department of Children and Family Services ("DCFS"), I know that on June 18, 2021, DCFS received a referral from Emergency Room at the Arcadia Methodist Hospital. That referral was based on the following: on June 17, 2021, CHEN and his girlfriend took their infant to the hospital because the infant was acting abnormal with inconsolable crying, rapid heart rate and fever. The hospital conducted testing on the infant and learned that the infant tested positive for methamphetamine based on a urine test. DCFS informed me that neither CHEN nor his girlfriend were able to provide a reasonable explanation for the test results and a judge ordered the infant removed from their custody.

23. Notably, based on discussions with agents who searched the premises, agents found methamphetamine in close proximity to both the infant and the infant's baby formula, which was not sealed and partially used. DCFS was notified and took custody of the infant.

//
//

## V.    CONCLUSION

24.    For all the reasons described above, there is probable cause to believe that CHEN violated 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): possession with intent to distribute methamphetamine on or about December 9, 2019.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone this 16th day of
September, 2021.


     /S/ CHARLES F. EICK
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE